MCB
10/4/19

FILED
OCT - 4 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ETHAN MORGAN,<br><br>    Defendant. | Case No. 19MJ4354<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Sec. 2113(a)<br>- Bank Robbery |

The undersigned complainant being duly sworn states:

Count 1

On or about October 4, 2019, within the Southern District of California, defendant ETHAN MORGAN, did, by force, violence, and intimidation unlawfully take from the person and presence of employees of the U.S. Bank at 1331 Rosecrans Street, San Diego, California, United States currency belonging to, or in the care, custody, management or possession of U.S. Bank, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

//
//

PROBABLE CAUSE STATEMENT

1. The complainant states on or about October 4, 2019, at approximately 9:40 AM, an individual later identified as ETHAN MORGAN (herein after referred to as "MORGAN"), robbed the U.S. Bank located at 1331 Rosecrans Street in San Diego, California. The US Bank was insured by the Federal Deposit Insurance Corporation at the time of the robbery.

2. Investigators spoke with witnesses and reviewed surveillance footage stills and learned that MORGAN entered the U.S. Bank and approached a teller, unfolded a note written on a large piece of white paper. The note said "Give me the money 100s 50s 20s". The victim teller, concerned for the safety of herself, coworkers and patrons, complied with the demand and handed MORGAN money totaling $1,592. MORGAN took the money and fled the bank.

3. A nearby officer, learned of the robbery by police communications, responded, and observed MORGAN counting money on the corner of Lytton Street and Rosecrans Street. MORGAN fit the description of the bank robber that had been provided by dispatch. Officers stopped MORGAN and detained him.

4. A curbside line-up was conducted with the victim teller and she identified MORGAN as the robber.

5. MORGAN was arrested, searched, and the full amount of cash taken from the bank and demand note were recovered.

6. MORGAN was *Mirandized* and agreed to speak to investigators. MORGAN admitted to the US Bank robbery saying that he needed money and was tired of working.

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

*[signature]*
DOMINIC PERRIN, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, this 4th day of October, 2019.

*[signature]*
HON. MICHAEL S. BERG
United States Magistrate Judge

2